DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 13-51059 MEH
RAMIRO CABALLERO LOPEZ )
)
LETICIA CHACON LOPEZ )
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) PERSOLVE, LLC
) Court Claim No. 13
Debtors )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $17,874.35.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

> Persolve, Llc
> Edit Alexandryan
> 9301 Winnetka Ave, Ste B
> Chatsworth, CA  91311

/s/ Devin Derham-Burk
_____
Dated: September 05, 2018           DEVIN DERHAM-BURK, Trustee